LOCAL FORM 2
PAY ADVICE COVER SHEET

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: )
**Dirk Rogers** )
Debtor's Name, ) Case No. __-_____-___
) Chapter 13
Debtor. )

PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑   Pay advices are attached as follows:

| Employer | Beginning Date | Ending Date |
|---|---|---|
| Uber | 3/1/20 | 4/30/20 |
| | | |
| | | |

☐   The debtor certifies by his/her signature below that he/she has no pay records because:
_____
_____

Dated on the _____ day of _____ 20____.

*(Debtor Signature)*

☐   Pro se Debtor
☒   Represented by Counsel

S/  Paul J Choate  OBA# 21136
Attorney Name - Bar Number
Address   400 N Broadway, Shawnee OK 74801
Telephone Number   (405) 788-0058
Fax Number   (888) 288-8137
Email Address  paul@chapter7ok.com
Attorney for Dirk Rogers

LOCAL FORM 2
PAY ADVICE COVER SHEET

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: )
    Wade Rogers )
Debtor's Name, ) Case No. __-_____-__
) Chapter 13
Debtor. )

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑ Pay advices are attached as follows:

| Employer | Beginning Date | Ending Date |
|---|---|---|
| G2 Secure Staffing | 3/5/2020 | 4/2/2020 |

☐ The debtor certifies by his/her signature below that he/she has no pay records because:
_____
_____
_____

Dated on the _____ day of _____, 20___.

_____
(Debtor Signature)
☐ Pro se Debtor
☒ Represented by Counsel

S/ Paul J Choate  OBA# 21136
Attorney Name - Bar Number
Address  400 N Broadway, Shawnee OK 74801
Telephone Number  (405) 788-0058
Fax Number  (888) 288-8137
Email Address  paul@chapter7ok.com
Attorney of Wade Rogers

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| G2G | 313173 | OKC111 | | 0000141435 | 1 |

106-0029

## Earnings Statement

ADP

G2 SECURE STAFF L L C
400 E LAS COLINAS BLVD SUITE 750
IRVING, TX 75039
1-800-873-7078.

Period Beginning:   03/13/2020
Period Ending:      03/26/2020
Pay Date:           04/02/2020

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

WADE G ROGERS
1715 NW 37TH ST
OKLAHOMA CITY OK 73118

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 49.43 | 642.59 | 3,457.35 |
| Overtime | 19.5000 | 6.39 | 124.61 | 124.61 |
| **Gross Pay** | | | **$767.20** | 3,581.96 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -47.56 | 222.08 |
| Medicare Tax | | -11.13 | 51.94 |
| OK State Income Tax | | -2.00 | 18.00 |
| **Other** | | | |
| Travel Per Diem | | -105.00 | |
| **Net Pay** | | **$706.51** | |
| Checking | | -706.51 | 3,053.92 |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $767.20

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 55.82 | |
| Emplid | | 0818642 |

**Important Notes**
IT IS G2'S POLICY TO PAY FOR ALL HOURS WORKED.

IF YOU BELIEVE YOU HAVE NOT BEEN PAID PROPERLY
CONTACT G2PAY@G2SECURESTAFF.COM   OR
1-844-567-6696.

**Additional Tax Withholding Information**
Taxable Marital Status:
  OK:                Married
Exemptions/Allowances:
  OK:                1, Filing Jointly or Surviving Spouse

| Earnings by Week | Rate | Hours | Earnings |
|---|---|---|---|
| **Week 1:** | | | |
| Regular | 13.0000 | 40.00 | 520.00 |
| Overtime | 19.5000 | 6.39 | 124.61 |
| **Subtotal** | | **46.39** | **644.61** |
| **Week 2:** | | | |
| Regular | 13.0000 | 9.43 | 122.59 |
| **Subtotal** | | **9.43** | **122.59** |
| **Grand Total** | | **55.82** | **767.20** |

© 2000 ADP, LLC

G2 SECURE STAFF L L C
400 E LAS COLINAS BLVD SUITE 750
IRVING, TX 75039
1-800-873-7078 .

Advice number:   00000141435
Pay date:        04/02/2020



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WADE G ROGERS | xx1318 | xxxx xxxx | $706.51 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| G2G | 313173 | OKC111 | | 0000121625 | 2 |

114-0029

# Earnings Statement

ADP

G2 SECURE STAFF L L C
400 E LAS COLINAS BLVD SUITE 750
IRVING, TX 75039
1-800-873-7078.

Period Beginning: 02/28/2020
Period Ending: 03/12/2020
Pay Date: 03/19/2020

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

WADE G ROGERS
1715 NW 37TH ST
OKLAHOMA CITY OK 73118

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 72.56 | 943.28 | 2,814.76 |
| **Gross Pay** | | | **$943.28** | 2,814.76 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -58.49 | 174.52 |
| Medicare Tax | | -13.67 | 40.81 |
| OK State Income Tax | | -8.00 | 16.00 |
| **Other** | | | |
| Travel Per Diem | | -105.00 | |
| **Net Pay** | | **$863.12** | |
| Checking | | -863.12 | 2,347.41 |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $943.28

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 72.56 | |
| Emplid | | 0818642 |

**Important Notes**
IT IS G2'S POLICY TO PAY FOR ALL HOURS WORKED.

IF YOU BELIEVE YOU HAVE NOT BEEN PAID PROPERLY CONTACT G2PAY@G2SECURESTAFF.COM OR 1-844-567-6696.

**Additional Tax Withholding Information**
Taxable Marital Status:
  OK:                Married
Exemptions/Allowances:
  OK:                1, Filing Jointly or Surviving Spouse

| Earnings by Week | Rate | Hours | Earnings |
|---|---|---|---|
| **Week 1:** | | | |
| Regular | 13.0000 | 37.48 | 487.24 |
| **Subtotal** | | **37.48** | **487.24** |
| **Week 2:** | | | |
| Regular | 13.0000 | 35.08 | 456.04 |
| **Subtotal** | | **35.08** | **456.04** |
| **Grand Total** | | **72.56** | **943.28** |

© 2000 ADP, LLC

---

G2 SECURE STAFF L L C
400 E LAS COLINAS BLVD SUITE 750
IRVING, TX 75039
1-800-873-7078 .

**Advice number:** 00000121625
**Pay date:** 03/19/2020

*THIS IS NOT A CHECK*

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WADE G ROGERS | xx1318 | xxxx xxxx | $863.12 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| G2G | 313173 | OKC111 | | 0000101637 | 1 |

116-0029

# Earnings Statement

ADP

G2 SECURE STAFF L L C
400 E LAS COLINAS BLVD SUITE 750
IRVING, TX 75039
1-800-873-7078.

Period Beginning: 02/14/2020
Period Ending: 02/27/2020
Pay Date: 03/05/2020

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

WADE G ROGERS
1715 NW 37TH ST
OKLAHOMA CITY OK 73118

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 55.68 | 723.84 | 1,871.48 |
| **Gross Pay** | | | **$723.84** | 1,871.48 |

**Deductions**

| | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -44.88 | 116.03 |
| | Medicare Tax | -10.50 | 27.14 |
| | OK State Income Tax | -2.00 | 8.00 |
| | **Net Pay** | **$666.46** | |
| | Checking | -666.46 | 1,484.29 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $723.84

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Total Work Hrs | 55.68 | |
| Emplid | | 0818642 |

**Important Notes**

IT IS G2'S POLICY TO PAY FOR ALL HOURS WORKED.

IF YOU BELIEVE YOU HAVE NOT BEEN PAID PROPERLY CONTACT G2PAY@G2SECURESTAFF.COM OR 1-844-567-6696.

**Additional Tax Withholding Information**

Taxable Marital Status:
  OK:  Married
Exemptions/Allowances:
  OK:  1, Filing Jointly or Surviving Spouse

| **Earnings by Week** | **Rate** | **Hours** | **Earnings** |
|---|---|---|---|
| **Week 1:** | | | |
| Regular | 13.0000 | 27.36 | 355.68 |
| **Subtotal** | | **27.36** | **355.68** |
| **Week 2:** | | | |
| Regular | 13.0000 | 28.32 | 368.16 |
| **Subtotal** | | **28.32** | **368.16** |
| **Grand Total** | | **55.68** | **723.84** |

© 2000 ADP, LLC

---

G2 SECURE STAFF L L C
400 E LAS COLINAS BLVD SUITE 750
IRVING, TX 75039
1-800-873-7078 .

**Advice number:** 00000101637
**Pay date:** 03/05/2020



| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| WADE G ROGERS | xx1318 | xxxx xxxx | $666.46 |

**NON-NEGOTIABLE**

# Uber

1455 Market St

San Francisco, CA 94103

Uber Tax ID Number: 45-2647441

# Dirk Rogers

## Tax Summary for 2020/4

Thanks for doing driving with Uber in 2020/4. Below is a breakdown of your earnings over the month that may help you file your taxes.

| Driving Totals | 26 | 0 |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |



### Your Gross Earnings

Total Trip Earnings from Uber plus any other additional earnings



### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.



### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| Gross Trip Earnings | + $222.23 | Expenses, Fees and Tax | + $16.21 | Net Earnings | $293.95 |
|---|---|---|---|---|---|
| Total Additional Earnings | +$87.93 | | | | |
| | **$310.16** | | **$16.21** | | **$293.95** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



1455 Market St

San Francisco, CA 94103

Uber Tax ID Number: 45-2647441

# Dirk Rogers

Tax Summary for 2020/4

**Table 1 - Expenses, Fees, Tax and Reimbursement**

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---|
| Uber service fee/other adjustments* | $15.71 |
| Instant pay charges* | $0.50 |
| Reimbursements | |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$16.21** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

**Table - 2 Additional Payments from Uber or Subsidiaries**

| Incentives* | $87.93 |
|---|---|
| **TOTAL ADDITIONAL EARNINGS** | **$87.93** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.

Uber

1455 Market St

San Francisco, CA 94103

Uber Tax ID Number: 45-2647441

# Dirk Rogers

Tax Summary for 2020/3

Thanks for doing driving with Uber in 2020/3. Below is a breakdown of your earnings over the month that may help you file your taxes.

| **Driving Totals** | **171** | **746** |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |







## Your Gross Earnings

Total Trip Earnings from Uber plus any other additional earnings

## Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

## Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| Gross Trip Earnings | + $1,317.19 | Expenses, Fees and Tax | + $459.72 | **Net Earnings** | **$1,147.73** |
| Total Additional Earnings | +$293.21 | | | Reimbursements: Tolls | +$2.95 |
| | **$1,610.40** | | **$459.72** | | **$1,150.68** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information

# Uber

1455 Market St

San Francisco, CA 94103

Uber Tax ID Number: 45-2647441

# Dirk Rogers

Tax Summary for 2020/3

**Table 1 - Expenses, Fees, Tax and Reimbursement**

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---:|
| Uber service fee/other adjustments* | $453.72 |
| Instant pay charges* | $6.00 |
| **Reimbursements** | |
| Tolls, airport fees and surcharges* | $2.95 |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$462.67** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

**Table - 2 Additional Payments from Uber or Subsidiaries**

| | |
|---|---:|
| Incentives* | $293.21 |
| **TOTAL ADDITIONAL EARNINGS** | **$293.21** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.